UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---

ZENIDA HEATH,

    Plaintiff,

v.

PATROLMAN RICHARD JONES #286
and PATROLMAN JOSHUA WARD
#255,

    Defendants.

No. 1:20-cv-02049-NLH-SAK

**ORDER**

---

**HILLMAN**, **District Judge**

    For the reasons expressed in the Court's Opinion filed today,

    IT IS on this ___5th___ day of October, 2022

    ORDERED that the Defendants' Motion to Dismiss (ECF No. 39) be, and the same hereby is, GRANTED as it relates to Plaintiff's claims arising under the Eighth and Fourteenth Amendments, Plaintiff's assault claim, Plaintiff's excessive force claim, and Plaintiff's claim of failure to intervene; and further

    ORDERED that the Defendants' Motion to Dismiss (ECF No. 39) be, and the same hereby is, DENIED to the extent it argues that the statute of limitations period bars Plaintiff's remaining claims.

At Camden, New Jersey

                                s/ Noel L. Hillman
                                NOEL L. HILLMAN, U.S.D.J.